UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAWN NEMEROVSKY, individually,
and on behalf of all other similarly
situated

      Plaintiff,

v.                                    Case No: 2:15-cv-171-FtM-29CM

OCWEN LOAN SERVICING, LLC,

      Defendant.

## ORDER

Before the Court is Defendant's Agreed Motion for Enlargement of Time to Respond to Complaint, Meet and File Agreed Case Management Report, and Designation as a Track Three Case and Supporting Memorandum of Law (Doc. 13), filed on April 20, 2015.

Defendant requests a twenty-five (25) day extension of time to answer, respond, or otherwise move in response to Plaintiff's Complaint (Doc. 2). Doc. 13. The response is currently due April 22, 2015. *Id.* Defendant also seeks a thirty (30) day extension to meet and submit to the Court a Case Management Report, currently due April 24, 2015. *Id.* As grounds for the motion, Defendant states that the parties are engaging in settlement negotiations, and the extensions may be helpful in possibly reaching a resolution. The Court finds good cause to grant Defendant's requests for extensions.

Defendant also requests that the Court change the current Track Two designation to Track Three. *Id.* Defendant states that this matter is a complex class action alleging violations of the Fair Debt Collections Practices Act and due to the nature, extent, and expense of engaging in class action discovery, Defendant requests that this matter be designated as a Track Three case.

Pursuant to Local Rule 3.05(b)(3),

> Track Three Cases shall include those cases involving class action or anti-trust claims, securities litigation, mass disaster or other complex tort cases, or those actions presenting factual or legal issues arising from the presence of multiple parties or multiple claims portending extensive discovery procedures or numerous legal issues…

After review of the complaint and the Local Rules, the Court agrees this case should be designated as a Track Three case.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Agreed Motion for Enlargement of Time to Respond to Complaint, Meet and File Agreed Case Management Report, and Designation as a Track Three Case and Supporting Memorandum of Law (Doc. 13) is **GRANTED**.

2. Defendant shall have up to and including **May 15, 2015** to answer, respond, or otherwise move in response to Plaintiff's Complaint (Doc. 2).

3. The parties shall have up to and including **May 20, 2015**, to meet and file their Case Management Report.

4. The Clerk is directed to change the designation of this case from Track Two to Track Three.

**DONE** and **ORDERED** in Fort Myers, Florida on this 23rd day of April, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

- 3 -